**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

VIVEK SHAH,
     Plaintiff,

v.                                  Case No.: <u>2:25-cv-12405-MWF-PVC</u>

SPECTRAFORCE TECHNOLOGIES, INC.,
     Defendant.

## <u>PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE LACK OF PROSECUTION</u>

Plaintiff Vivek Shah respectfully submits this response to the Court's Order to Show Cause regarding lack of prosecution.

On March 9, 2026, the Court ordered Plaintiff to show cause why this action should not be dismissed for lack of prosecution and stated that failure to respond by April 3, 2026 would result in dismissal. Plaintiff responds as follows.

After filing the Complaint, Plaintiff did not immediately request issuance of a summons because Plaintiff was attempting to avoid unnecessary service costs by obtaining a waiver of service from counsel who had already communicated regarding this dispute. On January 8, 2026, Plaintiff emailed defense counsel, transmitted the filed complaint, and expressly requested that counsel advise whether Defendant would waive service of summons pursuant to Federal Rule of

Civil Procedure 4(d). Plaintiff made that request in an effort to proceed efficiently and avoid unnecessary expense.

When no executed waiver was returned, Plaintiff promptly took steps to complete formal service. The Clerk issued the summons on March 11, 2026. Defendant was then personally served on March 12, 2026 through Julie Moon on behalf of Defendant Spectraforce Technologies, Inc., c/o Amit Singh, Registered Agent, at 500 W Peace Street, Suite 101, Raleigh, North Carolina 27603-1102. Proof of service was thereafter filed on the docket.

Plaintiff has therefore prosecuted this action and has now completed service of process. Any earlier delay resulted from Plaintiff's attempt to secure a Rule 4(d) waiver and avoid unnecessary service expenses, not from abandonment of the action or failure to prosecute. Because Defendant has now been served, dismissal for lack of prosecution is unwarranted.

Plaintiff respectfully requests that the Court discharge the Order to Show Cause.

Dated: April 3, 2026

Respectfully submitted,

/s/ Vivek Shah
Vivek Shah
1301 N Broadway Ste 32167
Los Angeles, CA 90012
newvivekshah@gmail.com
(224) 246-2874

## DECLARATION OF VIVEK SHAH IN SUPPORT OF PLAINTIFF'S

## RESPONSE TO ORDER TO SHOW CAUSE

I, Vivek Shah, declare:

1. I am the plaintiff in this action and appear pro se. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2. I filed the Complaint in this action on December 22, 2025.

3. After filing the Complaint, I did not immediately request issuance of summons because I was attempting to obtain a waiver of service from counsel who had communicated with me concerning this dispute.

4. On January 8, 2026, I emailed Kyle O'Malley, counsel for Defendant, sent the filed complaint, and asked whether Defendant would waive service of summons pursuant to Federal Rule of Civil Procedure 4(d).

5. I made that request in an effort to avoid unnecessary service expenses and proceed efficiently.

6. No executed waiver of service was returned to me.

7. After it became clear that a waiver would not be executed, I requested issuance of summons.

8. The Clerk issued summons on March 11, 2026.

9. Defendant was personally served on March 12, 2026 through Julie Moon on

behalf of Defendant Spectraforce Technologies, Inc., c/o Amit Singh, Registered Agent, at 500 W Peace Street, Suite 101, Raleigh, North Carolina 27603-1102.

10. Proof of service was filed on the docket.

11. I have prosecuted this action and did not abandon it. The delay in formal service resulted from my attempt to obtain a Rule 4(d) waiver before incurring service costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 3, 2026, at Los Angeles, California.

/s/ Vivek Shah

Vivek Shah